District Court Judge Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LaDONNA R. PHILLIPS and BRYAN M. PHILLIPS, wife and husband and the marital community composed thereof,<br><br>           Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | Case No. C08-5640 FDB<br><br>STIPULATED ORDER FOR EXTENSION OF PRE-TRIAL DEADLINES<br><br>**Noted on motion calendar: September 15, 2009.** |

## **JOINT STIPULATION**

The parties, by and through their counsel of record, hereby STIPULATE AND AGREE, to an extension of the following pre-trial deadlines set by this Court on February 10, 2009 (Dkt. No. 17). The purpose of the extension is to allow the parties to allow for additional time to complete discovery. The parties do not believe any of the proposed dates will impact the current trial date of February 1, 2010.

| **Event** | **Previous Deadline** | **Proposed New Deadline** |
|---|---|---|
| Discovery Deadline | October 5, 2009 | November 16, 2009 |
| Mediation Deadline | October 14, 2009 | November 30, 2009 |
| Dispositive Motions Deadline | November 3, 2009 | December 15, 2009 |

STIPULATION AND PROPOSED ORDER FOR
EXTENSION OF PRE-TRIAL DEADLINES - 1
CV 08-5640 FDB

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Dated this 15th day of September, 2009.

| | |
|---|---|
| JEFFREY C. SULLIVAN<br>United States Attorney | RUSH, HANNULA, HARKINS AND KYLER, LLP |
| /s/ Priscilla T. Chan<br>PRISCILLA T. CHAN, WSBA No. 28533<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Email: priscilla.chan@usdoj.gov | /s/ Vernon Harkins<br>VERNON HARKINSI, WSBA No. 6689<br>JOHN WILSON, WSBA No. 24501<br>Attorneys at Law<br>4701 South 19th Street, Suite 300<br>Tacoma, Washington 98405<br>Phone: 253-383-5388<br>Email: vharkins@rhhk.com |
| Attorneys for the United States of America | Attorneys for Plaintiffs |

## **ORDER**

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 16th day of September, 2009.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER FOR
EXTENSION OF PRE-TRIAL DEADLINES - 2
CV 08-5640 FDB

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

Vern Harkins: vharkins@rhhk.com

John Wilson: jwilson@rhhk.com

I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via USPS mail, postage pre-paid.

- 0 -

DATED this 15th day of September, 2009.

/s/ Priscilla T. Chan
PRISCILLA T. CHAN
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: Priscilla.Chan@usdoj.gov