UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LaDONNA PHILLIPS and BRYAN PHILLIPS, wife and husband,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA, a sovereign nation,<br><br>    Defendant. | No. C08-5640 FDB<br><br>STIPULATED ORDER OF DISMISSAL |

## **JOINT STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-referenced case should be DISMISSED with prejudice and without an award of costs or fees to any party.

STIPULATED ORDER
C08-5640 FDB - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Stipulated to and presented by:

| | |
|---|---|
| Dated: November 5, 2009 | Dated: November 5, 2009 |
| JENNY A. DURKAN<br>United States Attorney | RUSH, HANNULA, HARKINS & KYLER, LLP |
| s/Priscilla T. Chan<br>PRISCILLA T. CHAN, WSBA #28533<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax:   206-553-4073<br>E-mail: priscilla.chan@usdoj.gov | s/John R. Wilson<br>VERNON W. HARKINS, WSBA #6689<br>JOHN R. WILSON, WSBA #24501<br>Rush, Hannula, Harkins & Kyler, L.L.P.<br>4701 South 19th St., Suite 300<br>Tacoma, WA 98404<br>(253) 383-5388<br>(253) 272-5105 (fax)<br>jwilson@rhhk.com |

## **ORDER**

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 9th day of November, 2009.


_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATED ORDER
C08-5640 FDB  - 2

UNITED  STATES  ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970